UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                Plaintiff,<br>    v.<br><br>GRANITE VAPE, LLC, et al.,<br><br>                Defendants. | CASE NO. C23-0317JLR<br><br>ORDER |

Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") second motion for an extension of time to serve Defendant Amir Rai.  (Mot. (Dkt. # 17); *see* 6/7/23 Order (Dkt. # 14) (finding that GS Holistic had not demonstrated good cause for its failure to serve Mr. Rai before the 90-day deadline set forth in Federal Rule of Civil Procedure 4(m) but nevertheless granting a 60-day extension of the service deadline).)  The court DENIES GS Holistic's motion.

GS Holistic has filed 40 cases in this District alleging infringement of its trademarks in certain of its products.  Over the past several months, the court has

ORDER - 1

repeatedly observed that GS Holistic's motions did not comply with the court's Local Civil Rules and ordered counsel to carefully review the Local Civil Rules to ensure compliance in all future filings.  *See, e.g.*, Order, *GS Holistic, LLC v. Zakks Smoke and Beverage LLC*, No. C23-0322JLR (W.D. Wash. Aug. 1, 2023), Dkt. # 13; Order, *GS Holistic, LLC v. JBI LLC*, No. C23-0396JLR (W.D. Wash. June 15, 2023), Dkt. # 10.  In these orders, the court warned GS Holistic that failure to comply with the Local Civil Rules may result in sanctions.

Nevertheless, GS Holistic continues to file motions that do not comply with the local rules.  For example, Local Civil Rule 10(e) specifies formatting requirements for pleadings, motions, and other filings.  *See, e.g.*, Local Rules W.D. Wash. LCR 10(e)(1), (3), (5).  And Local Civil Rule 7(e)(6) requires that each motion or brief filed in a case "include the certification of the signer as to the number of words, substantially as follows:  'I certify that this memorandum contains ____ words, in compliance with the Local Civil Rules.'"  Local Rules W.D. Wash. LCR 7(e)(6).  GS Holistic's motion complies with neither of these rules.  (*See* Mot.)  In addition, the footer of GS Holistic's motion contains contact information for The Ticktin Law Group, which is located in Florida, even though the only attorney who has appeared in this action is Brett C. Harris of Virgo Law LLC.  (*See* Mot.; Dkt.)  Therefore, the court DENIES GS Holistic's motion for an extension of time (Dkt. # 17) without prejudice to filing a renewed motion that complies with the court's Local Civil Rules.  GS Holistic's renewed motion, if any, shall be filed by no later than **August 15, 2023**.  Counsel is once again ORDERED to carefully review the current version of the Local Civil Rules on the court's website and to ensure

that all future filings on behalf of GS Holistic comply with these rules. Failure to follow the Local Civil Rules in the future may result in the filing being stricken from the docket and/or other sanctions.

Dated this 8th day of August, 2023.

JAMES L. ROBART
United States District Judge